**Order entered October 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-17-00721-CV

---

**MARK A. TICER, D/B/A LAW OFFICE OF MARK A. TICER, Appellant**

**V.**

**REED MIGRAINE CENTERS OF TEXAS, PLLC, KENNETH L. REED, M.D., NEURO STIM TECHNOLOGIES, LLC, CASEY GRIFFITH, AND KLEMCHUCK KUBASTA, LLP, Appellees**

---

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-17-03338-B**

---

## ORDER

Before the Court is appellant's October 26, 2017 motion for second extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 29, 2017. Appellant is cautioned that further extension requests will be disfavored.


/s/      CRAIG STODDART
JUSTICE